**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMARIN PHARMACEUTICALS ) <br> IRELAND LIMITED, ) <br> ) <br>       Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> OMTHERA PHARMACEUTICALS, INC. ) <br> and ASTRAZENECA ) <br> PHARMACEUTICALS LP, ) <br> ) <br>       Defendants. ) | C.A. No. 14-279-GMS |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Omthera Pharmaceuticals, Inc. and AstraZeneca Pharmaceuticals LP respectfully move pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for an order dismissing the Complaint of Plaintiff Amarin Pharmaceuticals Ireland Limited for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. The requested relief is warranted for the reasons set forth in Defendant's Opening Brief in Support of Their Motion to Dismiss the Complaint, filed concurrently herewith.

| | |
|---|---|
| *Of Counsel:* <br><br> Charles Lipsey <br> Mark Feldstein <br> Jill MacAlpine <br> Shana K. Cyr <br> Ryan P. O'Quinn <br> Finnegan, Henderson, Farabow, <br>   Garrett & Dunner, LLP <br> 901 New York Avenue, NW <br> Washington, DC 20001-4413 <br> Telephone: (202) 408-4000 <br> Facsimile: (202) 408-4400 | **McCarter & English, LLP** <br><br> /s/ Michael P. Kelly <br> Michael P. Kelly (#2295) <br> Daniel M. Silver (#4758) <br> Renaissance Centre <br> 405 N. King St., 8th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 984-6300 <br> Facsimile: (302) 984-6399 <br> *Attorneys for Defendants* <br><br> Dated: April 23, 2014 |